160 A.3d 788

COMMONWEALTH of Pennsylvania, Respondent

v.

Michael T. DEGILIO, Petitioner

No. 512 MAL 2016

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.